## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JAMES KING,

                Plaintiff,

v.

THE UNITED STATES OF AMERICA,
DOUGLAS BROWNBACK,
TODD ALLEN, and CONNIE MORRIS

                Defendants.

Case No.  1:16-cv-00343

Hon. Janet T. Neff
United States District Judge

---

D. Andrew Portinga (P55804)
Patrick M. Jaicomo (P75705)
MILLER JOHNSON
Attorneys for Plaintiff
45 Ottawa Avenue, S.W., Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
portingaa@millerjohnson.com
jaicomop@millerjohnson.com

Ryan D. Cobb (P64773)
Nicole L. Mazzocco (P72354)
UNITED STATES ATTORNEY
WESTERN DISTRICT OF MICHIGAN
Attorneys for Defendants, the United
States of America, Douglas Brownback,
and Todd Allen
330 Ionia Avenue, N.W.
Grand Rapids, MI 49503
(616) 456-2404
Ryan.Cobb@usdoj.gov
Nicole.Mazzocco@usdoj.gov

Patrick J. Lannen (P35171)
Lindsay A. Bondy (P70951)
Kristen L. Rewa (P73043)
GRAND RAPIDS CITY ATTORNEY
Attorneys for Defendant Connie Morris
300 Monroe Avenue, N.W.,
620 City Hall
Grand Rapids, MI 49503
(616) 456-4026
plannen@grcity.us
lbondy@grcity.us
krewa@grcity.us

---

## PROOF OF SERVICE

Ann L. Johnson, states that on August 23, 2016, she served Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendants and a copy of the proof of service upon:

Ryan D. Cobb
Nicole L. Mazzocco
UNITED STATES ATTORNEY
WESTERN DISTRICT OF MICHIGAN
330 Ionia Avenue, N.W.
Grand Rapids, MI 49503

Patrick J. Lannen
Lindsay A. Bondy
Kristen L. Rewa
GRAND RAPIDS CITY ATTORNEY
300 Monroe Avenue, N.W.
620 City Hall
Grand Rapids, MI 49503

via First Class Mail; postage fully prepaid.

_____
Ann L. Johnson

MJ_DMS 28121531v1